IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID BURNS, JR.**                                                                                   **PLAINTIFF**

v.                              Case No. 4:25-cv-01135-LPR-JJV

**DOES**                                                                                                **DEFENDANTS**

## ORDER

On October 30, 2025, Plaintiff Davis Burns, Jr. filed a one-page document that was docketed as a *pro se* Complaint seeking relief under 42 U.S.C. § 1983.[1] On November 6, 2025, the Court entered an Order directing Plaintiff to, within thirty (30) days, either pay the $405 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his lawsuit.[3] Thereafter, Plaintiff filed a Notice seeking the removal of his warrants in state court.[4] But he has not complied with the Court's November 6, 2025 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 11th day of December 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3). The Order was entered by United States Magistrate Judge Joe J. Volpe.

[3] *Id.* at 3.

[4] Notice (Doc. 4).